**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

ROBERT WILLIE JOHNSON,

     Plaintiff,

  v.

MARK W. PEDERSEN, *et al*.,

     Defendants.

---

Civil Action No. 26-00863 (JXN) (MAH)

**MEMORANDUM & ORDER**

**NEALS**, District Judge

  Plaintiff Robert Willie Johnson ("Plaintiff"), proceeding *pro se*, filed a Complaint (ECF No. 1), motion for corporate fraud, illegal detention, human trafficking, bribery and judicial malpractice (ECF No. 9), and a motion for temporary restraining order and preliminary injunction (ECF No. 10). Plaintiff, however, has not paid the appropriate filing fee or filed an application to proceed *in forma pauperis*. For the reasons set forth below, Plaintiff's Complaint is **DISMISSED** *without prejudice,* and the motions will be **DENIED**.

  On January 28, 2026, the Clerk of Court sent Plaintiff a letter advising him that the initial pleading could not be processed unless the $405 filing fee was paid. (*See* ECF No. 3.) The Clerk's letter provided that "Within 21 days of the date of entry of this letter, either remit the proper fee or submit a completed and signed *in forma pauperis* application. If the proper fee or *in forma pauperis* application is not submitted in 21 days, the initial pleading will be deemed withdrawn, and the Court shall close the file in this matter without further notice." (*Id.*) Plaintiff failed to comply. As a result, on March 4, 2026, the Court entered an Order closing this case. (ECF No. 4.) Still, the Court provided Plaintiff the opportunity to reopen this action by paying the filing fee or submitting a completed and signed *in forma pauperis* application by no later than

April 3, 2026. (*Id*.) To date, Plaintiff has not paid the filing fee or submitted an *in forma pauperis* application.

Courts have found that "[d]ismissal without prejudice is appropriate where a litigant fails to file an appropriate application seeking leave to proceed *in forma pauperis* or pay the filing fee." *Shingara v. Northumberland Co. Tax & Assessment Off.*, No. 24-1799, 2025 WL 1345249, at *4 (M.D. Pa. Jan. 16, 2025), *report and recommendation adopted*, No. 24-01799, 2025 WL 1337550 (M.D. Pa. Feb. 5, 2025); *see also Rizvi v. Md. Dep't of Soc. Servs.*, 791 F. App'x 288, 289–90 (3d Cir. 2019) (affirming district court order dismissing complaint without prejudice for failure to prosecute where plaintiff's *in forma pauperis* application was denied and plaintiff did not timely pay filing fee); *Lindsey v. Roman*, 408 F. App'x 530, 532-22 (3d Cir. 2010) (affirming a District Court's dismissal of a *pro se* litigant's complaint where the litigant did not pay the fee or submit the appropriate forms in support of his application to proceed *in forma pauperis*); *Parker v. Harrisburg City*, No. 17-653, 2017 WL 3015880, at *2 (M.D. Pa. June 7, 2017) (recommending that a *pro se* litigant's complaint be dismissed without prejudice where he did not file a completed application requesting leave to proceed *in forma pauperis* after being provided an opportunity to do so), *report and recommendation adopted*, 2017 WL 3008583 (M.D. Pa. July 14, 2017).

As Plaintiff has not paid the required filing fee nor submitted an *in forma pauperis* application, the Complaint cannot be filed or considered by the Court. Accordingly,

**IT IS** on this 7th day of April 2026, **ORDERED** that:

1. The Clerk of the Court shall reopen this matter for purposes of this Order only;

2. Plaintiff's Complaint (ECF No. 1) is **DISMISSED** *without prejudice*;

3. Plaintiff's motions for corporate fraud, illegal detention, human trafficking,

bribery, and judicial malpractice (ECF No. 9), and for temporary restraining order and preliminary injunction (ECF No. 10) are **DENIED**; and

4. The Clerk of the Court shall serve this Memorandum and Order upon Plaintiff by regular mail and shall **CLOSE** the file in this matter.

JULIEN XAVIER NEALS
United States District Judge

3